Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorney for Plaintiff
J & J Sports Productions, Inc.

FILED

2008 FEB 19 A 11: 3?

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S J

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Israel Valencia Garcia, individually and d/b/a La Copa <br><br> Defendant. | Case No. C 08-00990 PVT <br><br> **CERTIFICATION AS TO INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///
///
///
///
///
///
///
///
///

Page 1

**PARTIES**

*Plaintiff, J & J Sports Productions, Inc.*

Attorneys for Plaintiff, J & J Sports Productions, Inc.
Thomas P. Riley, Esquire
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
(626) 799-9797

*Defendant, Israel Valencia Garcia, individually and d/b/a La Copa*

1131 N. Lawrence Expy
Sunnyvale, CA 94089

Dated: 2/18/08

LAW OFFICE OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorney of Record for
J & J Sports Productions, Inc.

///
///
///
///
///