Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel:  626-977-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **Case No. CV 08-0990 PVT** |
| **Plaintiff,** | **CERTIFICATE OF SERVICE OF ORDER** |
| **vs.** | |
| **Israel Valencia Garcia, et al,** | |
| **Defendant.** | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR**

**ATTORNEYS OF RECORD:**

On June 10, 2008, Plaintiff's counsel duly served a true and correct copy of the enclosed

Order upon all Parties of record or their counsel.


Respectfully submitted,


Dated:  June 10, 2008              */s/ Thomas P. Riley*
                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               By: Thomas P. Riley
                               Attorneys for Plaintiff
                               J & J Sports Productions, Inc.

## ORDER (~~Proposed~~)

It is hereby ordered that the Case Management Conference in civil action number 5:08-cv-00990 PVT styled *J & J Sports Productions, Inc. v. Israel Valencia Garcia, et al*., is hereby continued from 2:00 p.m., Tuesday, June 10, 2008, to _____ July 15, 2008 at 2:00 p.m. _____.

The Parties shall file a Joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

*Patricia V. Trumbull* _____     Dated: _____ 6/4/08 _____

**THE HONORABLE PATRICIA V. TRUMBULL**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///

LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 10, 2008, I served:

## CERTIFICATE OF SERVICE OF ORDER

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Israel Valencia Garcia  (Defendant)
1007 Barnes Street
Mission, TX 78572

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 10, 2008, at South Pasadena, California.

Dated:  June 10, 2008                          /s/ Terry Houston_____
                                                TERRY HOUSTON