| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br><br>tprlaw@att.net | |
| ATTORNEY FOR *(Name)*  **PLAINTIFF** | Ref. No. or File No<br>**LA COPA 2/25/06** | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PLAINTIFF/PETITIONER

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT

GARCIA

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER |
|---|---|---|---|---|
| | | | | C0800990PVT |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA INFORMATION

3. a. Party served:  ISRAEL VALENCIA GARCIA, INDIVIDUALLY AND D/B/A LA COPA

4. Address where the party was served:  1007 BARNES STREET
   (Residence)  MISSION, TX  78572

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on:  May 28, 2008 at: 06:10 pm
      under the following Code of Civil Procedure section :
                      SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. C.C.CANTU
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $165.00
   e. I am: (3) registered process server.
      (i) independent contractor
      (ii) Registration No.: **NOT REGISTERED**
      (iii) County:

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 10, 2008

_____
                                          C.C.CANTU

Judicial Council form POS-010 Rev. 01/01/07

**PROOF OF SERVICE**

10022-1/asgenp

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc.

v.

Israel Valencia Garcia, individually and d/b/a La Copa

**CASE NUMBER:**

C08 00990 PVT

E-FILING

ADR

## SUMMONS IN A CIVIL CASE

TO:

Israel Valencia Garcia
1131 N. Lawrence Expy
Sunnyvale, CA 94089

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Thomas P. Riley, SBN 194706
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: (626) 799-9797
Fax: (626) 799-9795

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

FEB 1 9 2008

DATE

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Address of Server

Signature of Server

Date

Executed on _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

**DECLARATION OF SERVER**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**STATEMENT OF SERVICE FEES**

___ Other (specify):

___ Returned unexecuted:

Name of person with whom the summons and complaint were left

___ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

___ Served Personally upon the Defendant. Place where served:

Check one box below to indicate appropriate method of service

| Name of SERVER (PRINT) | TITLE |
|---|---|

DATE

Service of the Summons and Complaint was made by me [1]

**RETURN OF SERVICE**

AO 440 (Rev. 10/93) Summons in a Civil Action