**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

June 20, 2008

RE: CV 08-00990 PVT    J&J SPORTS PRODUCTIONS, INC.-v- ISRAEL VALENCIA GARCIA, ET AL.

Default is entered as to defendant **ISRAEL VALENCIA GARCIA, individually and D/B/A La Copa** on June 20, 2008.

RICHARD W. WIEKING, Clerk

by Betty Walton
Case Systems Administrator

NDC TR-4  Rev. 3/89