UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| J & J PRODUCTIONS, INC., | ) | Case No.: C 08-0990 PVT |
| Plaintiff, | ) | **ORDER THAT CASE BE REASSIGNED** |
| v. | ) | |
| ISRAEL VALENCIA GARCIA individually and doing business as LA COPA, | ) ) ) | |
| Defendant. | ) ) | |

On June 26, 2008, Plaintiff filed a Motion for Default Judgment.[1]  This case has been assigned to a Magistrate Judge.  Magistrate Judges do not have authority to issue dispositive rulings unless all parties to an action have consented to Magistrate Judge jurisdiction.  *See* 28 U.S.C. § 636(c).  It appears from the docket that default has been entered against the Defendant, and thus consent to Magistrate Judge jurisdiction cannot be obtained from all of the parties to this action.[2]  Therefore,

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] This is so because entry of default cuts off those Defendants' right to make *any* appearance in this action, other than to move for relief from default.  *See* Schwarzer et al., FEDERAL CIVIL PROCEDURE BEFORE TRIAL, ¶ 6:42 (2007).

ORDER, *page 1*

1     IT IS HEREBY ORDERED that this case be reassigned to a District Judge. Promptly after the case has been reassigned to a District Judge, Plaintiff shall re-notice its motion for default judgment on that judge's calendar.

Dated: *6/26/08*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge