**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
———————————
www.cand.uscourts.gov

Richard W. Wieking                                                            General Court Number
Clerk                                                                                       408.535.5364


**March 18, 2008**


**CASE NUMBER:  CV 08-00900 PVT**
**CASE TITLE:  MIA KIM-v-PAUL GUMINA, ET AL.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned

to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 03/17/08


FOR THE EXECUTIVE COMMITTEE:


_____
                                                Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                         Entered in Computer 03/18/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                               Transferor CSA