UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: August 15, 2008

Case No. C-08-00990-RMW    JUDGE: Ronald M. Whyte

J & J PRODUCTIONS, INC.    -V- ISRAEL VALENCIA GARCIA, et al.
Title

A. Passaretti - Appearing for T. Riley    A. Buzo
Attorneys Present (Plaintiff)    Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia    COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**ORDER AFTER HEARING**

Hearing Held. Defense counsel intends to file a motion to set aside the default by 9/12/08. The parties are to meet and confer to resolve this matter. The Court continued this matter to 9/12/08 @ 9:00 AM. If defendant fails to file their motion, the Court will move forward on the motion for default judgment. The matter is deemed submitted.